UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT KINCHEN
      Plaintiff,
  v.

C.A. NO.

RAYSHEEM MAURICE PITTMAN, JR.
and UNITED STATES OF AMERICA
      Defendant.

APRIL 13, 2026

## COMPLAINT

1.    This action arises under Federal Tort Claims Act, 28 USC Section 1346(b), Section 2671 *et seq.*, as hereinafter more appears.  More than six months before this action was instituted, the claim set forth herein was presented to the Tort Claim Coordinator, United States Postal Service, OPS Support, Room 216, 141 Weston Street, Hartford, CT 06101, an agency of The United States of America.  [A copy of the agency acknowledgement is attached to Doc. No. 1 as Exhibit A].  To date, the agency has not responded to the claim.

2.    The plaintiff resides in New Haven, Connecticut, within the jurisdiction of this court.

3.    On June 21, 2025, at approximately 6:30 P.M., the plaintiff, ROBERT KINCHEN was operating a Kawasaki Zx6R motorcycle in a westerly direction on Bassett Street, a public roadway in the city of New Haven, Connecticut.

4.    On said date and at said time, the defendant, RAYSHEEM MAURICE PITTMAN, JR., was operating a white Dodge postal truck in an easterly direction on Bassett Street, a public roadway in the city of New Haven, Connecticut.

1

5.    At all times mentioned herein, the defendant, RAYSHEEM MAURICE PITTMAN, JR., operated the white Dodge postal truck in the course and scope of his employment and/or agency with the Defendant, UNITED STATES OF AMERICA [hereinafter USA].

6.    On said date and at said time, and at the intersection of Bassett Street and Butler Street, a public roadway in the city of New Haven, Connecticut, the defendant, RAYSHEEM MAURICE PITTMAN, JR., negligently and carelessly turned his vehicle into the plaintiff's lane of travel, causing his vehicle to violently collide with the plaintiff's vehicle and causing the injuries and damages to the plaintiff as more fully set forth below.

7.    The plaintiff's injuries and damages were caused by the negligence and carelessness of the defendant, in one or more of the following ways in that the defendant, RAYSHEEM MAURICE PITTMAN, JR.:

a. Failed to keep an adequate and proper lookout for other vehicles on the roadway;

b. Failed to have his vehicle under reasonable and proper control;

c. In the exercise of reasonable care, he should have and could have seen the plaintiff's vehicle, yet failed to do so in time to avoid a collision;

d. Failed to make reasonable use of his senses and natural faculties;

e. Was inattentive to his driving and other vehicles lawfully upon said roadway;

f. Failed to sound his horn or otherwise warn of his impending approach;

g. Failed to operate his vehicle at a reasonable rate of speed, having regard for the width, traffic, and use of the highway, in violation of

Connecticut General Statutes § 14-218a (a)(1);

h. Turned his vehicle into oncoming traffic when such movement could not be made with reasonable safety, in violation of Connecticut General Statutes § 14-242(a); and,

i. Failed to grant the Plaintiff the right of way when he moved his vehicle into the intersection of Bassett Street and Butler Street, in violation of Connecticut General Statutes § 14-245.

8.    As a result of the defendant's negligence and carelessness, the plaintiff sustained the following injuries:

a.    Injury to the right knee with bruising, contusions, swelling, and difficulty ambulating;

b.    Injury to the muscles, ligaments, discs, and tendons of his lumbar spine; including a 5% permanent impairment to same;

c.    Injury to the muscles, ligaments and tendons of his right hand, wrist, and fingers, with weakness, loss of motion and pain in his right hand, including fracture requiring emergency surgery and physical therapy, and resulting in a 10% permanent partial impairment to the same;

d.    Permanent disability and pain; and,

e.    Mental and emotional pain and suffering.

All of which injuries caused the plaintiff to experience significant pain, discomfort, loss of strength, weakness, difficulty sleeping, impairment and anxiety. To treat his injuries, the plaintiff was required to seek emergency medical care and treatment, rehabilitation and physical therapy, orthopedic care and treatment, surgery, diagnostic studies including x-rays and MRI(s), wear wraps, utilize medical devices including slings, and take medications for his pain and discomfort. Moreover, it is likely that the plaintiff's injuries are permanent and will be the source of continuing pain and discomfort, restrictions, disability, and the need for additional treatment in the future. In addition, he suffered and will continue to suffer

3

great physical and mental pain and has been and will in the future be unable to participate in and/or fully enjoy many of the activities in which he engaged in prior to said accident and will continue to be limited in the future.

9.  As a further result of the negligence and carelessness of the defendant, the plaintiff, Robert Kinchen, incurred expenses for hospital care and treatment, orthopedic care and treatment, medical care/treatment, medicines/medications, diagnostic tests/ studies, imaging testing and studies, physical therapy, surgery and devices necessitated by his injuries, and he will likely incur further medical expenses in the future.

10.  As a further result of the incident, the plaintiff sustained permanent and disfiguring scarring to his right hand and wrist from surgery, which has caused and will continue in the future to cause him humiliation and embarrassment.

11.  As a result of said injuries, the plaintiff has and will continue to suffer anxiety and fear of increased and worsening disability and impairment in the future and the need for further and more invasive medical treatment.

12.  As a result of the accident, the plaintiff's Kawasaki Zx6R motorcycle was a total loss, and the plaintiff incurred significant expense to replace the vehicle.

WHEREFORE, the plaintiff, Robert Kinchen, claims:

Judgment against the defendant, United States of America, in the amount of $605,000.00; and,

That the action be heard before a jury.

4

THE PLAINTIFF,
ROBERT KINCHEN


BY:  /s/ *Kara M. Crismale* (ct 24862)
     Kara M. Crismale, Esq. (ct 24862)
     Bershtein, Bershtein, Bershtein, P.C.
     1188 Dixwell Avenue
     Hamden, Connecticut 06514
     E: kara.bershteinlawcenter@gmail.com
     P: 203-624-5103
     F: 203-624-3302